**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

AUG 13 2025

BONNIE HACKLER
Clerk, U.S. District Court
By_____
                Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        *Plaintiff,*<br><br>v.<br><br>REGINALD DONDRALE BAILEY,<br>a/k/a Reggie Bailey, and<br>ERIC DEAN SPARKMAN,<br><br>        *Defendants.* | **SEALED**<br><br>Case No.  **25 CR 152 JFH** |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DRUG CONSPIRACY
[21 U.S.C. §§ 846, 841(a)(1), & 841(b)(1)(A)]

On or about August 28, 2024, in the Eastern District of Oklahoma, **REGINALD DONDRALE BAILEY, a/k/a Reggie Bailey, and ERIC DEAN SPARKMAN**, defendants herein, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate, and agree together, to commit offenses against the United States in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### OBJECTS OF THE CONSPIRACY

The objects of the conspiracy were:

1. To knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

2. To knowingly and intentionally possess with intent to distribute 50 grams or more

of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

## COUNT TWO

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(A); and 18 U.S.C. § 2]

On or about August 28, 2024, in the Eastern District of Oklahoma, the defendants, **REGINALD DONDRALE BAILEY, a/k/a Reggie Bailey** and **ERIC DEAN SPARKMAN**, did knowingly and intentionally distribute 50 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

### FORFEITURE ALLEGATION
### [21 U.S.C. § 853]

The allegations contained in Counts One and Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violations charged in Counts One and Two of this Indictment involving violations of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A), the defendants, **REGINALD DONDRALE BAILEY, a/k/a Reggie Bailey** and **ERIC DEAN SPARKMAN**, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including, but not limited to: an asset forfeiture money judgment in

the amount of proceeds obtained by the conspiracy and by the defendants.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

*[signature]* PA # 314423 for

EMILY C. WITTLINGER, PA Bar # 326284
Assistant United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

Pursuant to the E-Governme
the original indictment has bee
under seal in the Clerk's Office.

s/Foreperson
FOREPERSON OF THE GRAND JUR